IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOSEPH THOMPSON,         ) | |
| )  | |
| Plaintiff,         ) | |
| )  | |
| v.         ) | CIVIL ACTION NO. 3:11cv288-ID |
| )  | |
| BEN C. REEVES, JR. - DISTRICT         ) | |
| ATTORNEY, et al.,         ) | |
| )  | |
| Defendants.         ) | |

**ORDER AND OPINION**

On May 3, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 4). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice in accordance with the provisions set forth in 28 U.S.C. § 1915(e)(2)(B)(ii).

Done this the 24th day of May, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE